NICHOLE DOE ET AL. *v.* THAMES VALLEY COUNCIL
FOR COMMUNITY ACTION, INC., ET AL.

The defendants' petition for certification for appeal
from the Appellate Court, 69 Conn. App. 850 (AC 20596/
AC 20597), is denied.

SULLIVAN, C. J., and BORDEN, J., did not participate
in the consideration or decision of this petition.

*John B. Farley, George D. Royster, James V. Somers,*
*Ralph W. Johnson III, Erik J. Ness* and *Henry C. Ide,*
in support of the petition.

*Gilbert Shasha,* in opposition.

Decided July 10, 2002

CHRISTOPHER DWYER *v.* COMMISSIONER OF
CORRECTION

The petitioner Christopher Dwyer's petition for certi-
fication for appeal from the Appellate Court, 69 Conn.
App. 551 (AC 21136), is denied.

SULLIVAN, C. J., did not participate in the consider-
ation or decision of this petition.

*Mark J. Rochon, David T. Grudberg* and *Trisha M.*
*Porto,* in support of the petition.

*Susann E. Gill,* senior assistant state's attorney, in
opposition.

Decided July 10, 2002